# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VERONIQUE A. LONGMIRE and LAURA BARBER, On behalf of themselves and all others similarly situated, | ) ) ) ) No. CIV-03-1404 WJ/RLP |
| Plaintiffs, v. | ) ) ) ) |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, d/b/a LOS ALAMOS NATIONAL LABORATORY, | ) ) ) |
| Defendant. | ) ) ) CONSOLIDATED WITH |
| YOLANDA GARCIA et al., Plaintiffs, v. | ) ) ) ) No. CIV-04-112 WJ/RLP |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and PETER NANOS, | ) ) ) |

## OBJECTOR LAURIE QUON'S NOTICE OF APPEAL

COMES NOW Objector Laurie Quon, by and through her attorneys of record, Law Office of George Geran and The Class Action Fairness Group (John Pentz), and hereby appeals the "Final Judgment and Order Approving Class Action Settlement" entered herein on July 26, 2007 (docket document #242). Copies of the Orders are incorporated herein by reference. This Appeal is to the Tenth Circuit Court of Appeals.

Dated: August 22, 2007.

                                                  Respectfully Submitted,

                                                  LAW OFFICE OF GEORGE GERAN
                                                  <u>Signed and filed Electronically 8/22/07</u>
                                                  George T. Geran
                                                  625 Franklin Avenue
                                                  Santa Fe, New Mexico  87505

(505) 983-1085
fax (505) 983-1085

John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA  01754
Ph: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of "Objector Laurie Quon's Notice of Appeal" was delivered by the CM/ECF system to all attorneys of record, including each party specifically through:

Patrick D. Allen
Yenson Lynn Allen & Wosick, PC
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736

Richard W. Hughes
Rothstein Donatelli Hughes Dahlstrom
PO Box 8180
Santa Fe, NM  87504-8180

Scott D. Gordon
Rodey Dickason Sloan Akin & Robb
PO Box 1888
Albuquerque, NM  87103-1888

Cindy Lovato-Farmer
Los Alamos National Laboratory
PO Box 1663
Los Alamos, NM  87545

this 22nd day of August, 2007.

Filed Electronically and Signed 8/22/07

George Geran