# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LAURA BARBER, on behalf
of themselves and others similarly
situated,

    Plaintiffs,

vs.                                                                                                                             CIVIL NO. 03-1404 WPJ/RLP

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, d/b/a Los Alamos National
Laboratory,

    Defendant,

*Consolidated with*                                                         CIVIL NO. 04-0112 WPJ/RLP

YOLANDA GARCIA, et al.,

    Plaintiffs,

vs.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, and G. Peter Nanos,
in his individual and official capacities,

    Defendants,

*Consolidated with*                                                         CIVIL NO. 05-1082 WPJ/RLP

VERONIQUE A. LONGMIRE ,

    Plaintiff pro se,

vs.

REGENTS OF THE UNIVERSITY
OF CALIFORNIA, d/b/a LOS ALAMOS
NATIONAL LABORATORY,

    Defendant.

*Consolidated with*                                              CIVIL NO. 07-0673 WPJ/RLP

VERONIQUE A. LONGMIRE,

      Plaintiff pro se,

vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA
d/b/a LOS ALAMOS NATIONAL LABORATORY, and
LOS ALAMOS NATIONAL SECURITY, LLC
d/b/a LOS ALAMOS NATIONAL LABORATORY,

      Defendants,

*Consolidated with*                                              CIVIL NO. 07–0753 WPJ/RLP

VERONIQUE A. LONGMIRE,

      Plaintiff pro se,

vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA
d/b/a LOS ALAMOS NATIONAL LABORATORY, and
LOS ALAMOS NATIONAL SECURITY, LLC
d/b/a LOS ALAMOS NATIONAL LABORATORY,

      Defendants.

## JUDGMENT

      THIS MATTER came before the Court upon the three Motions for Summary Judgment filed on July 14, 2008, by the Regents of the University of California ["the Regents"] and Los Alamos National Security, LLC ["LANS"], both doing business as Los Alamos National Laboratory ["LANL"].  *See* Docs. 332, 334 & 336.  Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment;

      **IT IS THEREFORE ORDERED** and **ADJUDGED** that the Defendants' Motions for

Summary Judgment (Docs. 332, 334, and 336) are hereby GRANTED, for the reasons set forth in the accompanying Memorandum Opinion and Order, dismissing Plaintiff's claims with prejudice, thus disposing of this case on its merits and in its entirety.

_____
UNITED STATES DISTRICT JUDGE